AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

*FOR THE* DISTRICT OF *RHODE ISLAND*

***RHODE ISLAND HOSPITAL***

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: ***06-*** CA 06 05ML

***MICHAEL O. LEAVITT in his capacity as Secretary of Health and Human Services***
***and***
***DEPARTMENT OF HEALTH and HUMAN SERVICES***

TO: (Name and address of defendant)

**Robert Corrente**
***U.S. Attorney***
***U.S. Attorney's Office***
***50 Kennedy Plaza, 8th Floor***
***Providence, RI 02903***

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

***Robert G. Flanders, Jr. (#1785)***
***Hinckley, Allen & Snyder LLP***
***1500 Fleet Center***
***Providence, RI 02903***

an answer to the complaint which is herewith served upon you, within ***20*** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of the Court within a reasonable period of time after service.

CLERK

DATE 1/6/06

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Services of the Summons and complaint was made by me [1] | DATE 01-06-06 |
| NAME OF SERVER (PRINT) Robert J. Kilduff | TITLE Disinterested Party |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with home the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): To an Agent Authorized by appointment or by law to receive service of process namely Robin Feder
(Robin Feder AUSA 1/6/06 Robin Feder

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| - | 45.00 | 45.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/6/06
Date

[signature]
Signature of Server

16 Cornell Ave
Address of Server
Rumford, RI 02916

DISTRICT OF RHODE ISLAND
DISTRICT COURT

2006 JAN 10 P 4:07

FILED

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.