UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RHODE ISLAND HOSPITAL,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL O. LEAVITT, in his capacity as Secretary of Health and Human Services,<br><br>Defendant | ) | C.A. NO. 06-05ML |

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff, Rhode Island Hospital hereby moves that Lawrence W. Vernaglia be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Rhode Island Hospital
By: [signature]
Robert G. Flanders, Jr. (#1785)
Mitchell R. Edwards (#6942)
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (Fax)

Dated: January 12, 2006

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member I good standing of the bar of the State(s) of Massachusetts, New Hampshire and New York and of the following Federal District Court and/or Court of Appeals Bar(s) the U.S. District Court for the District of Massachusetts and the U.S. Bankruptcy Court for District of Massachusetts, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court. (If applicant has been sanctioned, disciplined or had any *pro hac vice* status revoked, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided).

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rues and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Signature of *Pro Hac Vice* Applicant

Lawrence W. Vernaglia BBO #567974
Print Name State Bar ID#

Hinckley Allen & Snyder LLP
28 State Street
Boston, MA 02109
(617) 345-9000
(617) 345-9020 (Fax)

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

Robert G. Flanders, Jr. #1785
Print Name R.I. Bar ID#

Hinckley Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903
401.274-2000
401.277-9600 (Fax)

---

ORDER

This motion is hereby ______________________________________________

______________________________
District Judge

**CERTIFICATION**

To:

Luis M. Matos
Assistant U.S. Attorney
U.S. Department of Justice
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

I certify that I mailed a true and accurate copy of the within Motion for Admission Pro Hac Vice to counsel listed above, on January 12, 2006.

Mitchell Ehrlich