UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RHODE ISLAND HOSPITAL,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL O. LEAVITT, in his capacity as Secretary of Health and Human Services,<br><br>Defendant | C.A. NO. 06-05ML |

**PROOF OF SERVICE**

I, Mitchell R. Edwards, hereby certify I served a copy of the Summons and Complaint in the above-entitled action by mailing same by United States Certified Mail, Return Receipt Requested, postage prepaid to, Michael O. Leavitt, in his capacity as Secretary of Health and Human Services; Civil Process Clerk for the U.S. Attorney's Office for the District of Rhode Island; Alberto Gonzales, Attorney General for the U.S. Department of Justice; and the General Counsel for the U.S. Department of Health and Human Services. Copies of the Return Receipt green cards are attached hereto as Exhibit A.

Respectfully submitted,

RHODE ISLAND HOSPTIAL
By their attorneys,

Robert G. Flanders, Jr. (#1785)
Mitchell R. Edwards (#6942)
HINCKLEY, ALLEN & SNYDER LLP
1500 Fleet Center
Providence, RI 02903
(401) 277-2000

January 19, 2006

**CERTIFICATE OF SERVICE**

TO:

Luis M. Matos
Assistant U.S. Attorney
Chief, Civil Division
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

I certify that I mailed a copy of the foregoing Proof of Service to counsel of record, as above, on January 19, 2006.