UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Rhode Island Hospital

vs. C.A. NO. 06-005ML

Michael O. Leavitt, in his capacity as Secretary of Health and Human Services and Department of Health and Human Services

ORDER

I hereby recuse myself from participation in the above-referenced matter.

BY ORDER:

Mary M. Lisi
U.S. District Judge
January 24 , 2006

Entered as an Order of this Court on January 24 , 2006.

Barbara Barletta
Deputy Clerk