UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RHODE ISLAND HOSPITAL,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL O. LEAVITT and DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>Defendant. | ) | C.A. No. 06-05 ET |

**DEFENDANTS' NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Sheila M. Lieber and Peter Robbins enter their appearances on behalf of defendants in the above-captioned matter. Further communications and correspondence in this case should be directed to the following address:

Peter Robbins
U.S. Department of Justice
20 Massachusetts Ave, NW, Room 7142
Washington, DC 20530

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

ROBERT CLARK CORRENTE
United States Attorney

SHEILA M. LIEBER
Deputy of Federal
Programs Branch

PETER ROBBINS
U.S. Department of Justice
20 Massachusetts Ave, NW, Room 7142
Washington, DC 20530
Telephone: (202) 514-3953
Facsimile: (202) 616-8470
Email: peter.robbins@usdoj.gov
Attorneys for Defendants

OF COUNSEL:

PAULA M. STANNARD
Acting General Counsel

KATHLEEN H. MCGUAN
Associate General Counsel

MARK D. POLSTON
Acting Deputy Associate
General Counsel for Litigation

H. ANTONY LIM
Attorney
United States Department of
Health and Human Services

March 2, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that, on March 2, 2006, I served plaintiff with the foregoing document by causing a copy thereof to be sent by United States mail, postage prepaid, to:

Lawrence W. Vernaglia, Esq.
Hinkley Allen & Snyder, LLP
28 State Street
Boston, MA 02109

and by Federal Express to:

Mitchell R. Edwards, Esq.
Robert G. Flanders, Jr., Esq.
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903

PETER ROBBINS
U.S. Department of Justice
20 Massachusetts Ave, NW, Room 7142
Washington, DC 20530
Telephone: (202) 514-3953
Facsimile: (202) 616-8470
Email: peter.robbins@usdoj.gov