UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED

MAR 03 2006

Property of U.S. District Court
District of Rhode Island

RHODE ISLAND HOSPITAL,

Plaintiff,

v.

MICHAEL O. LEAVITT and
DEPARTMENT OF HEALTH AND
HUMAN SERVICES,

Defendant.

C.A. No. 06-05 T

**STIPULATION ENLARGING**
**DEFENDANTS' TIME TO ANSWER OR MOVE**

Defendants' answer and/or responsive motion are due to be filed on March 7, 2006. No previous enlargements have been requested. To give defendants an opportunity to confer fully with their counsel and provide this Court with the most complete and useful statement of their position, the parties hereby stipulate to the extension of defendants' time to answer or move for 30 days, to and including April 6, 2006.

For Plaintiff:

March 3, 2006
Date

Mitchell R. Edwards, Esq.
Robert G. Flanders, Jr., Esq.
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903
Tel: 401-274-2000
Fax: 401-277-9600
Attorney for Plaintiff

For Defendants:

March 2, 2006
Date

PETER ROBBINS
U.S. Department of Justice
20 Massachusetts Ave, NW, Room 7142
Washington, DC 20530
Telephone: (202) 514-3953
Facsimile: (202) 616-8470
Email: peter.robbins@usdoj.gov
Attorney for Defendants

ENTER

Ernest C. Torres
Chief, U.S. District Judge

DATE 3/8/06