UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RHODE ISLAND HOSPITAL | : | |
| | : | |
| v. | : | C. A. 06-05 T |
| | : | |
| MICHAEL O. LEAVITT, in his capacity as Secretary of Health and Human Services And DEPARTMENT OF HEALTH AND HUMAN SERVICES | : | |

DISMISSAL STIPULATION

The parties stipulate that the cause of action set forth in Count I of the plaintiff's complaint entitled "The Administrator's Untimely Decision is Invalid" is dismissed **WITH PREJUDICE AND WITHOUT COSTS**.

| | |
|---|---|
| Michael O. Leavitt, in his capacity as Secretary of Health and Human Services And Department of Health and Human Services<br>By their Counsel<br><br>/s/Peter Robbins<br>Peter Robbins, Esq.<br>U.S. Department of Justice<br>20 Massachusetts Ave, NW, Room 7142<br>Washington, DC 20530<br>peter.robbins@usdoj.gov | Rhode Island Hospital<br>By its Counsel<br><br>/s/Mitchell R. Edwards<br>Robert G. Flanders, Jr. (#1049)<br>Mitchell R. Edwards (#6942)<br>Hinckley, Allen & Snyder LLP<br>50 Kennedy Plaza, Suite 1500<br>Providence, RI 02903<br>(401) 274-2000<br>(401) 277-9600 (fax)<br>rflanders@haslaw.com<br>medwards@haslaw.com |

Dated: November 30, 2006