IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RHODE ISLAND HOSPITAL, Plaintiff, v. MICHAEL O. LEAVITT, et al., Defendants. | Civ. Action No. 06-05 ET |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S STATEMENT OF UNDISPUTED MATERIAL FACTS**

Pursuant to Fed. R. Civ. P. 56 and LR Cv 56, defendants in the above-captioned action respectfully submit the following response to plaintiff's statement of undisputed material facts:

1. Uncontested.

2. Uncontested.

3. Uncontested.

4. Uncontested.

5. The contents of the Administrative Record are uncontested, but plaintiff's characterizations are inaccurate. There is no evidence in the Administrative Record of any resident engaging in patient-care activities during a discrete block of time when hospital records indicate that that resident was assigned to do "research." A.R. at 512-1020; see also id. at 1319, et seq.; id. at 2097, et seq. If residents were engaged in patient-related activities during any of these times, the burden was on the hospital to contemporaneously document such time.

6. Uncontested.

7. The existence of 42 C.F.R. § 412.105 (1996) is not contested. Plaintiff's

characterization of its contents is incomplete.

8. The contents of the Administrative Record are not contested, but plaintiff's characterization is incomplete and inaccurate. Scholarly research is not "subject to the prospective payment system," 42 C.F.R. § 412.105(f)(1)(ii)(A) (formerly 42 C.F.R. § 412.105(g)(1)(ii)(A) (1996)), and therefore residents are not assigned to a "portion of the hospital subject to the prospective payment," id., when they are assigned to engage in scholarly research. It is uncontested that plaintiff's cost report included scholarly research for purposes of determining the full-time equivalent ("FTE") count used to help compute the indirect medical education ("IME") adjustment at issue in this case.

9. Uncontested.

10. Plaintiff's reimbursement for direct graduate medical education is not at issue in this case, and the statements in this paragraph are therefore not of material fact.

11. The contents of the Administrative Record are not contested, but plaintiff's characterization of them is inaccurate. The fiscal intermediary excluded time designated by the hospital as "research." A.R. at 33. The hospital did not submit any contemporaneous documentation that showed that any of these hours were spent while the resident was engaged in research undertaken in the course of ordinary diagnosis or treatment of individual patients.

12. The exclusion of research time from the hospital's FTE count resulted in an adjustment in the FTE count of 12.06 FTEs and a reimbursement disallowance of $943,278. A.R. at 33, 94.

13. Uncontested.

14. The contents of the Administrative Record are uncontested, but plaintiff's characterization of them is inaccurate. The evidence in the Administrative Record shows that

residents were assigned to "research" during discrete blocks of time, A.R. at 512-1020; see also id. at 1319, et seq.; id. at 2097, et seq., and there is no evidence in the Administrative Record that any of this time was spent in the ordinary diagnosis or treatment of individual patients.

15. The contents of the decision of the Provider Reimbursement Review Board are not contested, but the Board's legal conclusions are erroneous.

16. The contents of the decision of the Provider Reimbursement Review Board are not contested, but the Board's legal conclusions are erroneous.

17. The CMS Deputy Administrator reversed the Board's decision on November 10, 2005. A.R. at 2-12.

18. Uncontested.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

ROBERT CLARK CORRENTE
United States Attorney

SHEILA M. LIEBER
Deputy Director
Federal Programs Branch

OF COUNSEL:
DANIEL MERON
General Counsel

KATHLEEN H. MCGUAN
Associate General Counsel

MARK D. POLSTON
Deputy Associate
General Counsel for Litigation

CLIFFORD PIERCE
Attorney
U.S. Department
of Health and Human Services

/s/ Peter Robbins
PETER ROBBINS
U.S. Department of Justice
20 Massachusetts Ave, NW, Room 7142
Washington, DC 20530
Telephone: (202) 514-3953
Facsimile: (202) 616-8470
Email: peter.robbins@usdoj.gov
Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that, on January 16, 2007, I filed the foregoing document electronically with the ECF system where it is available for viewing and downloading; and caused it to be served on all counsel of record for plaintiff, as follows: by the ECF system to registered participants Mitchell Edwards, Esq. and Robert Flanders, Esq., and pursuant to the prior written agreement of the parties, to Lawrence Vernaglia, Esq. by electronic mail addressed to lvernaglia@foley.com.

/s/ Peter Robbins
PETER ROBBINS
U.S. Department of Justice
20 Massachusetts Ave, NW, Room 7142
Washington, DC 20530
Telephone: (202) 514-3953
Facsimile: (202) 616-8470
Email: peter.robbins@usdoj.gov