IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RHODE ISLAND HOSPITAL, Plaintiff, | ) | |
| v. | ) | Civ. Action No. 06-05 ET |
| MICHAEL O. LEAVITT, et al., Defendants. | ) | |

**DEFENDANTS' NOTICE OF RECENT DECISION**

The Court will please be advised of the recent decision in University Medical Center Corporation v. Leavitt, 2007 WL 891195 (D. Ariz. Mar. 21, 2007), holding that research time should be included in the "full-time equivalent" count at issue in the above-captioned action. Modifying the recommended decision of the magistrate judge, the court found that the outcome of the case was entirely controlled by the decision of the Court of Appeals for the Ninth Circuit in Alhambra Hospital v. Thompson, 259 F.3d 1071 (9th Cir. 2001), which construed similar, though not identical, regulatory language in a manner favorable to plaintiff. See Univ. Med., 2007 WL 891195 at *2 & n.2. The reasons why the Alhambra reasoning is less persuasive than the subsequent holding of the Court of Appeals for the Fourth Circuit in District Memorial Hospital v. Thompson, 364 F.3d 513 (4th Cir. 2004), are discussed in Defendants' Memorandum of Law in Opposition to Plaintiff's Motion for Summary Judgment at 6-11 (Doc. 20). The reasons why the regulatory language at issue in Alhambra also is distinguishable from the

language here are discussed in Defendants' Reply in Support of Their Motion for Summary Judgment at 23 (Doc. 22).

Respectfully submitted,

OF COUNSEL:
DANIEL MERON
General Counsel

KATHLEEN H. MCGUAN
Associate General Counsel

MARK D. POLSTON
Deputy Associate
General Counsel for Litigation

CLIFFORD PIERCE
Attorney
U.S. Department
of Health and Human Services

PETER D. KEISLER
Assistant Attorney General

ROBERT CLARK CORRENTE
United States Attorney

SHEILA M. LIEBER
Deputy Director
Federal Programs Branch

/s/ Peter Robbins
PETER ROBBINS
U.S. Department of Justice
20 Massachusetts Ave, NW, Room 7142
Washington, DC 20530
Telephone: (202) 514-3953
Facsimile: (202) 616-8470
Email: peter.robbins@usdoj.gov
Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that, on April 16, 2007, I filed the foregoing document electronically with the ECF system where it is available for viewing and downloading; and caused it to be served on all counsel of record for plaintiffs, as follows: by the ECF system to registered participants Mitchell Edwards, Esq. and Robert Flanders, Esq., and pursuant to the prior written agreement of the parties, to Lawrence Vernaglia, Esq. by electronic mail addressed to lvernaglia@foley.com.

/s/ Peter Robbins

PETER ROBBINS
U.S. Department of Justice
20 Massachusetts Ave, NW, Room 7142
Washington, DC 20530
Telephone: (202) 514-3953
Facsimile: (202) 616-8470
Email: peter.robbins@usdoj.gov