IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RHODE ISLAND HOSPITAL, Plaintiff, | ) | |
| v. | ) | Civ. Action No. 06-05 ET |
| MICHAEL O. LEAVITT, et al., Defendants. | ) | |

**DEFENDANTS' NOTICE OF RECENT DECISION**

The Court will please be advised of the recent decision of the Supreme Court in Long Island Care at Home, Ltd. v. Coke, 127 S. Ct. 2339 (2007), which contains a discussion of the deference owed to an agency's interpretation of its own regulations, id. at 2349, and the deference owed to an agency's interpretation of statutes committed to its administration. Id. at 2345-47, 2349-51. Of particular relevance to the issues in this case is the Court's refusal to rely on inferences from legislative history to narrow the range of interpretation that was found to be permissible on the face of the statute. Id. at 2346-47. The deference analysis in Long Island supports arguments that appear in Defendants' Memorandum of Law in Support of Their Motion for Summary Judgment at 12-15, 16-18 (Doc . 13); Defendants' Memorandum of Law in

Opposition to Plaintiff's Motion for Summary Judgment at 2-14, 16-20 (Doc. 20); and Defendants' Reply in Support of Their Motion for Summary Judgment at 1-3 (Doc. 22).

Respectfully submitted,

OF COUNSEL:
DANIEL MERON
General Counsel

KATHLEEN H. MCGUAN
Associate General Counsel

MARK D. POLSTON
Deputy Associate
General Counsel for Litigation

CLIFFORD PIERCE
Attorney
U.S. Department
of Health and Human Services

PETER D. KEISLER
Assistant Attorney General

ROBERT CLARK CORRENTE
United States Attorney

SHEILA M. LIEBER
Deputy Director
Federal Programs Branch

/s/ Peter Robbins
PETER ROBBINS
U.S. Department of Justice
20 Massachusetts Ave, NW, Room 7142
Washington, DC 20530
Telephone: (202) 514-3953
Facsimile: (202) 616-8470
Email: peter.robbins@usdoj.gov
Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that, on June 22, 2007, I filed the foregoing document electronically with the ECF system where it is available for viewing and downloading; and caused it to be served on all counsel of record for plaintiffs, as follows: by the ECF system to registered participants Mitchell Edwards, Esq. and Robert Flanders, Esq., and pursuant to the prior written agreement of the parties, to Lawrence Vernaglia, Esq. by electronic mail addressed to lvernaglia@foley.com.

/s/ Peter Robbins

PETER ROBBINS
U.S. Department of Justice
20 Massachusetts Ave, NW, Room 7142
Washington, DC 20530
Telephone: (202) 514-3953
Facsimile: (202) 616-8470
Email: peter.robbins@usdoj.gov