IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RHODE ISLAND HOSPITAL,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL O. LEAVITT, et al.,<br><br>Defendants. | Civ. Action No. 06-05 ET |

**PROPOSED JUDGMENT**

Upon consideration of the parties cross-motions for summary judgment, and the entire record, it is hereby

ORDERED that plaintiff's motion for summary judgment is GRANTED, and it is further

ORDERED that defendants' motion for summary judgment is DENIED, and it is further

ORDERED that judgment in favor of plaintiff is ENTERED, and it is further

ORDERED that the case is REMANDED to the Secretary of Health and Human Services for further proceedings consistent with the Court's Memorandum of Decision dated August 9, 2007, and it is further

ORDERED that defendants shall pay interest on payments resulting from this Order for the cost-reporting year 1996 in accordance with 42 U.S.C. § 1395oo(f)(2).

8/28/07
DATE

Ernest C Torres
UNITED STATES DISTRICT JUDGE