IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RHODE ISLAND HOSPITAL,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL O. LEAVITT, Secretary of Health and Human Services,<br><br>and<br><br>DEPARTMENT OF HEALTH AND HUMAN SERVICES<br><br>Defendants. | ) | Civ. Action No. 06-05 ET |

**DEFENDANTS' NOTICE OF APPEAL**

Notice is hereby given that defendants in the above-captioned case, Michael O. Leavitt, Secretary of Health and Human Services, and the Department of Health and Human Services, hereby appeal to the Court of Appeals for the First Circuit from the final judgment entered in this action on August 28, 2007 and the Memorandum of Decision entered on August 9, 2007.

Respectfully submitted,

OF COUNSEL:
DANIEL MERON
General Counsel

CAROL J. BENNETT
Acting Associate General Counsel

MARK D. POLSTON
Deputy Associate
General Counsel for Litigation

PETER D. KEISLER
Assistant Attorney General

ROBERT CLARK CORRENTE
United States Attorney

SHEILA M. LIEBER
Deputy Director
Federal Programs Branch

CLIFFORD PIERCE
Attorney
U.S. Department
of Health and Human Services

/s/ Peter Robbins
PETER ROBBINS
U.S. Department of Justice
20 Massachusetts Ave, NW, Room 7142
Washington, DC 20530
Telephone: (202) 514-3953
Facsimile: (202) 616-8470
Email: peter.robbins@usdoj.gov
Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that, on October 26, 2007, I filed the foregoing document electronically with the ECF system where it is available for viewing and downloading; and caused it to be served on all counsel of record for plaintiffs, as follows: by the ECF system to registered participants Mitchell Edwards, Esq. and Robert Flanders, Esq., and pursuant to the prior written agreement of the parties, to Lawrence Vernaglia, Esq. by electronic mail addressed to lvernaglia@foley.com.

/s/ Peter Robbins
PETER ROBBINS
U.S. Department of Justice
20 Massachusetts Ave, NW, Room 7142
Washington, DC 20530
Telephone: (202) 514-3953
Facsimile: (202) 616-8470
Email: peter.robbins@usdoj.gov