UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

November 2nd, 2007

Clerk of the Court
United States Court of Appeals
One Courthouse Way, Suite 2235
Boston, MA 02210

RE: *CA006-05T RI Hospital v. Michael O. Leavitt, et al.*

Dear Clerk:

Enclosed you will find the Appeal Cover Sheet and a certified copy of the docket entries for the above entitled matter.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David DiMarzio
Clerk of Court

BY: ______________________
Ryan H. Jackson
DEPUTY CLERK

encl.: Appeal Cover Sheet, Certificate of Clerk, Notice of Appeal, Complete Record and Cert. Copy of the Docket

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

APPEAL COVER SHEET

1. D.C. CA006-05T C.C.A.#

2. TITLE OF CASE: RI Hospital v. Michael O. Leavitt, et al.

3. NAME & ADDRESS OF COUNSEL FOR APPELLANT(S):
SEE ATTACHED DOCKET SHEET

NAME & ADDRESS OF COUNSEL FOR APPELLEE(S):
SEE ATTACHED DOCKET SHEET

4. JUDGE __ERNEST C. TORRES_

5. COURT REPORTER(s) & DATES

| | | | |
|---|---|---|---|
| 6. | TRANSCRIPTS ORDERED | _ _YES | __NO |
| 7. | COURT-APPOINTED COUNSEL | ___YES | _X__NO |
| 8. | FEE PAID | YES | X _NO |
| 9. | IN FORMA PAUPERIS | __YES | _X__NO |
| 10. | GUIDELINES CASE | ___YES | ____NO |
| 11. | MOTIONS PENDING | __YES | _X _NO |
| 12. | RELATED CASE ON APPEAL | _ _YES | _X__NO |

C.C.A. # (IF AVAILABLE)
DATE OF LAST N.O.F.A. FILED:

13. SPECIAL COMMENTS: ENCLOSED PLEASE FIND A CERTIFIED COPY OF THE DOCKET SHEET; Notice of Appeal; Clerk's Certificate; Complete Record