# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name Rhode Island Hospital v. Leavitt

District Court Case No. 06-05 (T-LDA) District of Rhode Island

Date Notice of Appeal filed 10/26/2007 Court of Appeals Case No. 07-2673

Form filed on behalf of Appellants Michael Leavitt and Department of Health and Human Services

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal ________

Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) ________

## TRANSCRIPT ORDER

Name of Court Reporter Debra D. Lajoie

Phone Number of Reporter 401-952-2731

A. ✓ **This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:**

| | PROCEEDING(S) | HEARING DATE(S) |
|---|---|---|
| ☐ | Jury Voir Dire | |
| ☐ | Opening Statement (plaintiff) | |
| ☐ | Opening Statement (defendant) | |
| ☐ | Trial | |
| ☐ | Closing Argument (plaintiff) | |
| ☐ | Closing Argument (defendant) | |
| ☐ | Findings of Fact/Conclusions of Law | |
| ☐ | Jury Instructions | |
| ☐ | Change of Plea | |
| ☐ | Sentencing | |
| ☐ | Bail hearing | |
| ☐ | Pretrial proceedings (specify) ________ | |
| ☐ | Testimony (specify ) ________ | |
| ☑ | Other (specify) Oral arg on motion for sj | 04/19/2007 (already ordered on district court form) |

NOTE: Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B. ✓ **I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:**

☐ Private funds.

☑ Government expense (civil case). ~~IFP status has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)~~ Reporter to submit invoice, to be paid by check.

☐ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.

☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.

☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name Peter Robbins Filer's Signature [signature]

Firm/Address U.S. Department of Justice, 20 Massachusetts Avenue, N.W., Room 7142, Washington D.C. 20530

Telephone number 202-514-3953 Date mailed to court reporter 12/11/2007

(Court Reporter Use ONLY) Date received ________

# CERTIFICATE OF SERVICE

I hereby certify that, on December 11, 2007, I filed the foregoing document electronically with the ECF system where it is available for viewing and downloading; and caused it to be served on all counsel of record for plaintiffs, as follows: by the ECF system to registered participants Mitchell Edwards, Esq. and Robert Flanders, Esq., and pursuant to the prior written agreement of the parties, to Lawrence Vernaglia, Esq. by electronic mail addressed to lvernaglia@foley.com.

/s/ Peter Robbins
PETER ROBBINS
U.S. Department of Justice
20 Massachusetts Ave, NW, Room 7142
Washington, DC 20530
Telephone: (202) 514-3953
Facsimile: (202) 616-8470
Email: peter.robbins@usdoj.gov