AO 435 (Rev. 03/08)

Administrative Office of the United States Courts

**TRANSCRIPT ORDER**

*Please Read Instructions:*

**FOR COURT USE ONLY**

**DUE DATE:**

| | | |
|---|---|---|
| 1. NAME: Mitchell R. Edwards, Esq. | 2. PHONE NUMBER: (401) 274-2000 | 3. DATE: 5/6/2008 |
| 4. MAILING ADDRESS: Hinckley, Allen & Snyder; 50 Kennedy Plaza; Suite 1500 | 5. CITY: Providence | 6. STATE: RI / 7. ZIP CODE: 02903 |
| 8. CASE NUMBER: 06-05 (T) / 9. JUDGE: Torres | DATES OF PROCEEDINGS: 10. FROM 4/19/2007 | 11. TO 4/19/2007 |
| 12. CASE NAME: Rhode Islahnd Hospital v. Leavitt | LOCATION OF PROCEEDINGS: 13. CITY Providence | 14. STATE RI |

15. ORDER FOR

- [X] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [X] OTHER (Specify) | |
| [ ] SENTENCING | | Oral Argument of Summary | 4/19/2007 |
| [ ] BAIL HEARING | | Judgment Motion | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [X] | [X] | NO. OF COPIES 1 | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional).

**ESTIMATE TOTAL** 0.00

18. SIGNATURE /s/ Mitchell R. Edwards, Esq.

**PROCESSED BY**

19. DATE 5/6/2008

**PHONE NUMBER**

**TRANSCRIPT TO BE PREPARED BY**

**COURT ADDRESS**

| | DATE | BY |
|---|---|---|
| **ORDER RECEIVED** | | |
| **DEPOSIT PAID** | | |
| **TRANSCRIPT ORDERED** | | |
| **TRANSCRIPT RECEIVED** | | |
| **ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT** | | |
| **PARTY RECEIVED TRANSCRIPT** | | |

| | |
|---|---|
| **DEPOSIT PAID** | |
| **TOTAL CHARGES** | 0.00 |
| **LESS DEPOSIT** | 0.00 |
| **TOTAL REFUNDED** | |
| **TOTAL DUE** | 0.00 |

**DISTRIBUTION:** COURT COPY TRANSCRIPTION COPY ORDER RECEIPT ORDER COPY